*Evans Haile,* for Plaintiff in Error.

*W. W. Hampton,* for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error.

Writ of error dismissed on motion of counsel for defendants in error, for failure to prosecute.

---

E. W. Millican and J. B. Padgett, Appellants, vs. Eugene Van Ness, William P. Van Ness, Meta H. Hutton and N. H. Hutton, her husband, Julia J. Van Ness, Gertrude Van Ness, Matilda L. Zinn, George A. Zinn and George R. Fairbanks, Appellees.—No. 1.

Appeal from Circuit Court Alachua county.

*Evans Haile,* for Appellants.

*W. W. Hampton,* for Appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellants.

---

E. W. Millican and J. B. Padgett, Appellants, vs. Eugene Van Ness, William P. Van Ness, Meta H. Hutton and N. H. Hutton, her husband, Julia J. Van Ness, Gertrude Van Ness, Matilda L. Zinn,